**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: APPEAL OF JOANNE W. SMITH AND ROBERT L. WHETSTONE FROM THE DECISION OF THE ZONING HEARING BOARD OF WEST CHESTER BOROUGH | : : : : : : | No. 398 MAL 2020<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: JOANNE W. SMITH AND ROBERT L. WHETSTONE | : : : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.